Virginia G. HANSEN, Respondent,

v.

Dennis J. HANSEN, Appellant.

No. WD 61904.

Missouri Court of Appeals,
Western District.

Dec. 23, 2003.

John K. Allinder, Independence, for Appellant.

Michael L. McDorman, Versailles, for Respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Dennis Hansen appeals the trial court's judgment in the dissolution of his marriage to Virginia Hansen on the basis that the trial court erred in its division of property. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 8 4.16(b).